FILED
2015 FEB -2 PM 2: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___77___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 14CR0301-CAB |
| Plaintiff, | ORDER AND JUDGMENT TO DISMISS THE CASE WITHOUT PREJUDICE |
| v. | |
| CHRISTINA RODRIGUEZ, | |
| Defendant. | |

### ORDER

Pursuant to the Government's Motion, **IT IS HEREBY ORDERED** that the Superseding Information be dismissed without prejudice. Furthermore, the underlying Information is also dismissed without prejudice.

**FURTHER ORDERED,** The defendant is released on bond, therefore the bond is exonerated.

**SO ORDERED.**

DATED:   2/2/15

_____
THE HONORABLE CATHY ANN BENCIVENGO
United States District Judge

1